**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

KAMARIA BRISSEA,

                  Plaintiff,                   **25-cv-10145 (VSB) (VF)**

      -against-                           **ORDER**


THE MAYOR'S FUND TO ADVANCE
NEW YORK CITY, et al.,

                  Defendants.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Clerk of Court identified an error with Plaintiff's civil cover sheet on December 8, 2025. Plaintiff is directed to file a corrected civil cover sheet and file an affirmation of service on the Defendants by **March 31, 2026**.

                        **SO ORDERED.**

DATED:     New York, New York
             March 13, 2026

                                             _____
                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge