**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

KAMARIA BRISSEA,

Plaintiff,

**25-cv-10145 (VSB) (VF)**

-against-

**ORDER**

THE MAYOR'S FUND TO ADVANCE NEW YORK CITY, et al.,

Defendants.

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Defendants filed a motion to dismiss Plaintiff's complaint on July 27, 2026. ECF No. 32. The parties are directed to meet and confer and file a Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on the docket by **August 14, 2026**. Parties who disagree about the dates or other terms of the proposed case management plan shall submit a joint letter briefly explaining the dispute. Such letter, if any, must be filed by **August 14, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 29, 2026

VALERIE FIGUEREDO
United States Magistrate Judge